**07 CRIM 923**

<u>REQUEST FOR COURT ACTION / DIRECTION</u>

| | | |
|---|---|---|
| TO: | James Molinelli<br>Miscellaneous Clerk | OFFENSE: <u>Conspiracy to Distribute Heroin {21 USC 846}</u> |
| | | ORIGINAL SENTENCE: <u>One hundred seventy-five (175) months imprisonment; five (5) years supervised release</u> |
| FROM: | Paul Wodeshick<br>Supervising U.S. Probation Officer | SPEC. CONDITIONS: |
| | | AUSA:  <u>Linda Dale Hoffa (ED/PA)</u> |
| RE: | Juan Figueroa<br>Docket # <u>92-CR-540-03</u> | |

DATE OF SENTENCE:  <u>October 8, 1993</u>

DATE:  September 13, 2007

ATTACHMENTS:     PSI     JUDGMENT <u>X</u>     PREVIOUS REPORTS
                 VIOLATION   PETITION

REQUEST FOR:     WARRANT____  SUMMONS ____  COURT DIRECTION <u>X</u>

---

**TRANSFER OF JURISDICTION**

Reference is made to the above-indicated individual who was sentenced by the Honorable Ronald Buckwalter of the Eastern District of Pennsylvania as indicated above. Figueroa was released from custody effective September 5, 2006, and commenced supervision in this district.

The purpose of this memorandum is to request that jurisdiction be transferred to the Southern District of New York. This request is based on Figueroa's extensive ties to this district. On January 8, 2007, Judge Buckwalter agreed to a transfer of jurisdiction and executed the Probation Form 22.

Enclosed is the Transfer of Jurisdiction Order, as well as a certified copy of the judgment for judicial review.

USDC SDNY
[stamp illegible]
OCT 0 3 2007

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
PAUL WODESHICK
Supervising U.S. Probation Officer
212-805-0040 ext. 5122